UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY EDWARD MURDOCK,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>FELIPE MARTINEZ, JR.,<br><br>　　　　　　　　Respondent. | Case No. 2:19-cv-01413-RSWL (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Motion to Dismiss, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition be DENIED and that Judgment be entered dismissing this action with prejudice.

Dated: August 29, 2019

/s/ RONALD S.W. LEW
HONORABLE RONALD S.W. LEW
United States District Judge