JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY EDWARD MURDOCK,<br><br>                Petitioner,<br><br>    v.<br><br>FELIPE MARTINEZ, JR.,<br><br>                Respondent. | Case No. 2:19-cv-01413-RSWL (SHK)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: August 29, 2019

                                      /s/ RONALD S.W. LEW
                                    HONORABLE RONALD S.W. LEW
                                    United States District Judge